```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
HEATHER CALDERON,                    :       25cv3637 (DLC)
                                     :
                    Plaintiff,       :          ORDER
                                     :
          -v-                        :
                                     :
NYU LANGONE TISCH HOSPITAL,          :
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On July 29, 2025, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **August 15, 2025**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **August 15, 2025**. The defendant's reply, if any, shall be filed by **August 22, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New

York, New York.

Dated:     New York, New York
           July 29, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge