```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HEATHER CALDERON,                        :     25cv3637 (DLC)
                                         :
                     Plaintiff,          :     ORDER
                                         :
          -v-                            :
                                         :
NYU LANGONE TISCH HOSPITAL,              :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 29, 2025, the defendant filed a partial motion to dismiss the original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of July 30, as modified by an Order of August 13, directed the plaintiff to file any amended complaint by August 22. The Order of July 30 also alerted the plaintiff that she would likely not have another opportunity to amend. The plaintiff filed an amended complaint on August 22. Accordingly, it is hereby

ORDERED that the defendant's July 29 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by September 5
- Opposition served by September 19
- Reply served by September 26

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          August 25, 2025

```
                              _____
                                     DENISE COTE
                              United States District Judge
```